THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES, | Case No.  C 08-1560-LKK-JFM |
| Plaintiff, | STIPULATION POSTPONING DATE OF RESPONSIVE PLEADING AND |
| v. | STATUS CONFERENCE; ORDER |
| REGAL CINEMAS, INC, | |
| Defendants. _____/ | |

The Parties to this Action Stipulate as Follows:

This Action was brought pursuant to the Americans with Disabilities Act, with a supplemental State claim.  Plaintiff alleges that he is a disabled wheelchair user who saw movies at Regal's movie theaters and was subjected to barriers at the exits in the theaters.  Plaintiff seeks an injunction as to the exits, damages and fees.

Plaintiff has filed two similar actions involving Regal, and seeking the same relief, in the Northern District.  In one of those actions (CV  08-1024- BZ) Regal has filed a motion to dismiss, pursuant to FRCP 12(b)(6).  In that motion, Regal asserts that its exits are legal and not

C 08-1560-LKK-JFM                                              1

PDF created with pdfFactory trial version www.pdffactory.com

in violation of any laws.  Regal's motion is currently set for hearing before Magistrate Bernard Zimmerman on December 3, 2008 in San Francisco.

It is possible that in the course of preparing their briefs, reading the opposing briefs, arguing the motion and reviewing Magistrate Zimmerman's opinion, that the Parties will be able to agree to a resolution of all three cases.  Thus, in order to give this possibility the opportunity to occur, the parties ask this Court in this Action (1) to postpone the time for Regal to file its responsive pleading in this case until January 5, 2009 and (2) to reset the Status Conference to a convenient date in February 2009.

Regal joins in this stipulation, subject to and without waiving any rights, including, without limitation, its right to file a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) at the appropriate time.

Date:   September 22, 2008                              Date:   September 22, 2008


S/Thomas N. Stewart, III,                               S/M. Brett Burns,
Attorney for Plaintiff                                  Attorney for Defendant


THEREFORE, IT IS ORDERED that Regal shall file its responsive pleading by January 5, 2009, and the Status Conference is rescheduled to February 17, 2009 at 1:30 p.m..

Date: September 23, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

C 08-1560-LKK-JFM                               2

PDF created with pdfFactory trial version www.pdffactory.com