THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES, | Case No. C 08-1560-LKK-JFM |
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE; ORDER |
| v. | |
| REGAL CINEMAS, INC, | |
| Defendants. _____/ | |

A status conference is currently set for February 17, 2009, which is when Plaintiff's counsel will be on vacation. Plaintiff's counsel returns from his vacation on February 28, 2009.

Therefore, the parties stipulate that the status conference be continued to a date on or after March 16, 2009.

Date:                                                              Date:


S/Thomas N. Stewart, III,                               S/M. Brett Burns,
Attorney for Plaintiff                                      Attorney for Defendant


C 08-1560-LKK-JFM                    1

The Court therefore Orders that the status conference be continued to April 13, 2009 at 2:00 p.m.

Date:   January 23, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT