THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES, | Case No. C 08-1560-LKK-JFM |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| REGAL CINEMAS, INC, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Date: February 27, 2009            Date: March 1, 2009

S/M. Brett Burns,                  S/Thomas N. Stewart, III,
Attorney for Defendant             Attorney for Plaintiff

IT IS SO ORDERED:

Date: March 3, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1